IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT of ALABAMA
NORTHERN DIVISION

TOMMY FORD #111562

   PLAINTIFF

V                                              2:07-CV-203-MEF

RICHARD ALLEN, et al.,                         (WO)

   DEFENDANTS


### MOTION FOR ENLARGEMENT of TIME

COME NOW PLAINTIFF IN THE ABOVE ACTION REQUEST THIS HONORABLE COURT FOR AN ENLARGEMENT OF TIME IN ORDER TO PAY THE INITIAL PARTIAL FILING FEE of $9.67, FOR THE FOLLOWING:

1) PLAINTIFF HAVE NOT RECEIVED "ANY" FUNDS SINCE THE COMMENCEMENT OF THE ABOVE ACTION. EXHIBIT (A) FORMA PAUPERIS STATEMENT


MARCH 26, 2007

                              RESPECTFULLY SUBMITTED
                              
                              TOMMY FORD #111562
                              FOUNTAIN CORR. FAC. 3800
                              ATMORE, ALABAMA 36503

⚜AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of _FILED_ Alabama

TOMMY FORD #111562

Plaintiff

V.

RICHARD ALLEN, et. al.,

Defendant

2007 APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _TOMMY FORD_ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _FOUNTAIN CORR. FAC. 3800, ATMORE, AL._

   Are you employed at the institution? _YES_   Do you receive any payment from the institution? _NO_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

MARCH 26, 07
Date                                              Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 FOUNTAIN CORRECTIONAL CENTER


AIS #: 111562      NAME: FORD, TOMMY LEE        AS OF: 03/27/2007

                    # OF      AVG DAILY      MONTHLY
          MONTH     DAYS      BALANCE        DEPOSITS
-------------------------------------------------------------------

          MAR        4        $0.00          $0.00
          APR       30        $0.00          $0.00
          MAY       31        $0.00          $0.00
          JUN       30        $4.60          $30.47
          JUL       31        $1.71          $0.00
          AUG       31        $3.98          $40.00
          SEP       30        $2.20          $30.00
          OCT       31        $3.99          $70.00
          NOV       30        $4.72          $30.00
          DEC       31        $11.87         $60.00
          JAN       31        $20.51         $100.00
          FEB       28        $29.32         $0.00
          MAR       27        $0.06          $0.00

          Average 12 months
          balance            $6.91           $30.03
```

*Valeria Spates*, PMOD/Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 27TH DAY OF MARCH 2007.

_____, Notary Public

Tommy Ford
#115162  K-1-12-A
Fountain Corr. Fac. 3900
Atmore, AL. 36503

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711



LEGAL

36101+0711