IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TOMMY FORD, #111 562           *

    Plaintiff,              *

v.                             *           2:07-CV-203-MEF

RICHARD ALLEN, *et al.*,       *

    Defendant.             *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed March 9, 2007. (Doc. No. 3.) Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4), is GRANTED;

2. Plaintiff is GRANTED an extension from March 29, 2007 to April 18, 2007 to comply with the court's March 9, 2007 order that he submit an initial partial filing fee to the court in the amount of $9.67; and

3. The Clerk of Court SEND a copy of this order to the account clerk at the Fountain Correctional Facility.

Done, this 2nd day of April 2007.

                                            /s/Wallace Capel, Jr.
                                    WALLACE CAPEL, JR.
                                    UNITED STATES MAGISTRATE JUDGE