IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT of ALABAMA
NORTHERN DIVISION

TOMMY FORD, #111562,
PLAINTIFF

v.                                    2:07-CV-203-MEF
                                      (WO)
RICHARD ALLEN, et al.,
DEFENDANT

OBJECTION of THE MAGISTRATE
RECOMMENDATION

Come now Plaintiff in the above styled cause an filed this respond to an order dated the 14th day of May 2007, in title Recommendation of the Magistrate Judge.

On March 9, 2007, the Court granted Plaintiff Twenty-one days to forward the initial partial filing fee in the amount of $9.67.

On or about March 29, 2007, the Plaintiff authorized prison officials to with-hold 20% of his incoming funds for court cost in the above styled cause of action. Plaintiff was of the opinion that the 20% would be forward to the Clerk for the initial partial filing fee in this action.

(1)

However, Plaintiff was unable to comply with the March 9, 2007, Order until the first 20% was deducted in April 2007.

Now, Plaintiff's question to this Honorable Court is:

A). Should prison officals have deducted 20% of Plaintiff's income before Plaintiff had an opportunity to pay the initial partial filing fee?

Therefore, the deduction should have went for the purpose of the initial partial filing fee. This action should not be dismiss due to prison officals error.

Done, this 21st day of May 2007.

Respectfully Submitted,
Tommy Ford, pro se
Tommy Ford #111562
Fountain Corr. Fac. 3800
Atmore, AL. 36503-3800

(2)

Jonathan Cobb, FA: 3500
Peake, AL. 36503

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL.
36101-0711

36101+0711

UNITED STATES POSTAGE
$ 00.41°
MAY 21 2007
MAILED FROM ZIPCODE 36502
02 1A
0004309410
PITNEY BOWES