IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TOMMY FORD, #111 562 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-203-MEF |
| RICHARD ALLEN, *et al.*, | * | |
| Defendant. | * | |

_____

**ORDER**

Upon consideration of Plaintiff's objections to the May 14, 2007 Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered May 14, 2007 (Doc. No. 7) be and is hereby VACATED.

Done, this 23rd day of May 2007.


   /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE