```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000325
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER

PLRA CIVIL FILING FEE
 For: TOMMY LEE FORD
 Case/Party: D-ALM-2-07-CV-000203-001
 Amount:         $17.00

CHECK
 Remitter: FOUNTAIN CORRECTIONAL CENTER
 Check/Money Order Num: 31355
 Amt Tendered:  $17.00

Total Due:       $17.00
Total Tendered:  $17.00
Change Amt:      $0.00

DALM207CV000203-M
TOMMY LEE FORD
```